## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| James Spinola, | : | |
| d/b/a Hillcrest Architecture, | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 2120 C.D. 2015 |
| | : | |
| Patrick Kelley; | : | |
| Waste Not Technologies, LLC, | : | |
| jointly and severally | : | |

## **O R D E R**

NOW, November 14, 2016, upon consideration of appellant's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge